# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MARK A. LYONS AND KATHERINE M. LYONS,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>ATLANTA ESCROW & EXCHANGE SERVICE, INC., ALLIED BUSINESS SOLUTIONS, INC., LEONARDO SALINAS BELTRONES, CHARLES NELSON, BLAKE SHIPLEY, JENNIFER MENDOZA, JOHN CORTEZ, MARK ALLEN, ADAM TAYLOR, FRANK CALLOWAY, AND KELLY GOMEZ,  )<br><br>Defendants.  ) | Civil Action<br>File No.:<br>1:23-CV-00758-MLB |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiffs Mark A. Lyons and Katherine M. Lyons and hereby dismiss this civil action without prejudice.

This 21st day of September, 2023.

Respectfully submitted,

**WELSH LAW, LLC**

By:   __/s/ Michael S. Welsh_____

                                                MICHAEL S. WELSH
                                                GEORGIA BAR NO. 005541
                                                ATTORNEY FOR PLAINTIFFS

Welsh Law, LLC
6075 Barfield Road
Atlanta, GA 30328
404-890-0044
877-609-3768 fax
michael@welshlaw.info